SCWC-14-0001090

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KEAKA MARTIN, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001090; 3PC131000062)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed April 22, 2020, is corrected as follows:

On page 32, line 16, the word "identify" is corrected to read "identity."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, April 23, 2020.

/s/ Sabrina S. McKenna

Associate Justice

